IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No.5:26-CV-195-KS

| | | |
|---|---|---|
| MARY BROWN,<br><br>Plaintiff,<br><br>v.<br><br>FRANK BISIGNANO,<br>Commissioner of Social Security,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **ORDER** |

For good cause shown, Defendant's motion to appear remotely at the oral argument hearing scheduled for November 5, 2026 [DE #18] is GRANTED. Defendant shall be permitted to appear via video teleconferencing ("VTC"). On or before October 29, 2026, counsel for Defendant shall submit a VTC Request, which is available at https://www.nced.uscourts.gov/attorney/crtech.aspx.

This 1st day of October 2026.

KIMBERLY A. SWANK
United States Magistrate Judge